In the Matter of the Application of MORTIMER ELLIOTT for a Mandamus Order

*Affd., 257 N. Y. 571.

against JOSEPH F. MULQUEEN, One of the Judges of the Court of General Sessions for the County of New York. MORTIMER ELLIOTT, Appellant; JOSEPH F. MULQUEEN, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy,. Martin and Sherman, JJ.